COM.

v.

**PARKER, M.**

**307 WDA 2016**

Superior Court of Pennsylvania.

5/9/2017

CP–02–CR–0013119–2014
(Allegheny)

Affirmed

COM.

v.

**BATES, C.**

**879 WDA 2016**

Superior Court of Pennsylvania.

05/09/2017

CP–25–CR–0000677–2016
(Erie)

Affirmed

W.R.K.

v.

**C.A.K.**

**1253 WDA 2016**

Superior Court of Pennsylvania.

5/9/2017

FC No. 13–90268–C
(Butler)

Affirmed

COM.

v.

**GARCIA, A.**

**2749 EDA 2015**

Superior Court of Pennsylvania.

05/10/2017

CP–51–CR–0009348–2013
CP–51–CR–0009371–2013
(Philadelphia)

Affirmed

